```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Christopher Polansky

       v.

                 Civil No. 13-cv-458-JL

NH Department of Corrections,
Commissioner, et al.


O R D E R

  After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 13, 2013. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

  SO ORDERED.

                  _____
                  Joseph N. Laplante
                  Chief Judge

Date: November 27, 2013

cc: Christopher Polansky