UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Christopher Polansky</u>

    v.                                                        Civil No. 13-cv-458-JL

<u>New Hampshire Department</u>
<u>of Corrections et al.</u>

**<u>AMENDED ORDER</u>**

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 13, 2013.

SO ORDERED.

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated: January 6, 2014

cc: Christopher Polansky, pro se