UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Christopher Polansky</u>

    v.                                    Civil No. 13-cv-458-JL

<u>Annmarie McCoole</u>

### REPORT AND RECOMMENDATION

Before the court is the November 10, 2014, Amended Complaint (doc. no. 66), filed by Attorney Cairns on plaintiff Christopher Polansky's behalf.  The Amended Complaint supersedes and moots all other pleadings filed by Polansky pro se, and is before this court for preliminary review, pursuant to LR 4.3(d)(1) and 28 U.S.C. § 1915A.  The standard applied by this court in conducting that preliminary review is set forth in this court's April 25, 2014 Order (doc. no. 35), and need not be repeated here.

The Amended Complaint asserts federal claims against one defendant in this action, Annmarie McCoole, and McCoole has filed an answer to that pleading, <u>see</u> Doc. No. 67.  Because the Amended Complaint (doc. no. 66) is the operative complaint in this case, and asserts claims against McCoole only, the district judge should drop the remaining defendants from this case.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the District Court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

_____
Andrea K. Johnstone
United States Magistrate Judge

December 8, 2014

cc: R. Matthew Cairns, Esq.
    Lynmarie C. Cusack, Esq.